SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiff
DEPUY SYNTHES PRODUCTS, LLC

Robert W. Dickerson (State Bar No. 89367) *dickersonr@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067
(310) 772-8300  phone
(310) 772-8317  fax

Attorneys for Defendant
SPINAL KINETICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | Case No. 4:13-CV-00875-RMW (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING APPEAL OF RELATED CASE** |
| v. | |
| SPINAL KINETICS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

On February 26, 2013, DePuy Synthes Products, LLC ("DSP") filed its complaint in the present case ("the *DSP* case"). Dkt. 1.

On March 15, 2013, the Court ordered the present case related to *Synthes USA, LLC (f/k/a Synthes (U.S.A.) v. Spinal Kinetics, Inc.*, 5:09-CV-01201-RMW ("the *Synthes* case"). Dkt. 12. The *Synthes* case involves allegations relating, *inter alia*, to the validity and/or invalidity of U.S. Patent No. 7,429,270 ("the '270 patent") and the infringement and/or non-infringement of the '270 patent by Spinal Kinetics' M6 implants. The *DSP* case also involves Spinal Kinetics' M6 implants, and includes allegations relating, *inter alia*, to the validity and/or invalidity and infringement and/or non-infringement of U.S. Patent No. 8,382,838, which is a continuation of the '270 patent. DSP asserts that both the '270 patent and the application maturing into the '838 patent were previously assigned to Synthes USA, LLC; and that the plaintiff in the *DSP* case, DePuy Synthes Products, LLC, is presently the assignee of both the '270 patent and the '838 patent. The *Synthes* case was tried to a jury and final judgment was entered on April 23, 2012. *See* Dkt. 524 in the *Synthes* case. The *Synthes* case is presently on appeal to the United States Court of Appeals for the Federal Circuit, Appeal No. 2013-1047, -1059.

On April 22, 2013, Spinal Kinetics filed its "Second Corrected" answer and counterclaims. Dkt. 17. Spinal Kinetics' counterclaims include, *inter alia*, claims for declaratory judgment that the '838 patent is invalid and not infringed and antitrust and other claims that Spinal Kinetics contends are based at least in part on the outcome of the jury trial and judgment in the *Synthes* case, which is now on appeal to the Federal Circuit.

DePuy Synthes Products, LLC's response to Spinal Kinetics' counterclaims is presently due on May 13, 2013.

Because of the relatedness of these two actions, the potential impact on the *DSP* case of the Federal Circuit's decision in the *Synthes* case now on appeal, and to preserve the resources of the parties and this Court,

1   **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their
2   undersigned counsel of record, and subject to the approval of this Court, that the present action is
3   stayed in all respects, and all current deadlines are vacated.  Such stay shall be without prejudice to
4   the substantive rights of any party, and shall continue until the Federal Circuit's mandate in the
5   appeal of the *Synthes* case is issued, or until such other time as determined by the Court, including in
6   response to a motion filed by either party to lift or extend the stay.

Agreed to and submitted by:

SIDLEY AUSTIN LLP

Dated:  May 6, 2013         By:   /s/ Jeffrey M. Olson
                                  Jeffrey M. Olson
                                  Attorneys for Plaintiff
                                  DEPUY SYNTHES PRODUCTS, LLC

DICKSTEIN SHAPIRO LLP

Dated:  May 6, 2013         By:   /s/ Robert W. Dickerson
                                  Robert W. Dickerson
                                  Attorneys for Defendant
                                  SPINAL KINETICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013    _____
                                Honorable Ronald M. Whyte
                                United States District Judge

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert W. Dickerson.

Dated: May 6, 2013                By:    /s/ Jeffrey M. Olson
                                                Jeffrey M. Olson
                                                Attorneys for Plaintiff
                                                DEPUY SYNTHES PRODUCTS, LLC