1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
2  MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
3  555 W. Fifth Street, Suite 4000
   Los Angeles, California 90013
   (213) 896-6000 phone
4  (213) 896-6600 fax

5  Attorneys for Plaintiff
6  DEPUY SYNTHES PRODUCTS, LLC

7  Robert W. Dickerson (State Bar No. 89367) *dickersonr@dicksteinshapiro.com*
   DICKSTEIN SHAPIRO LLP
8  2049 Century Park East, Suite 700
   Los Angeles, California 90067
   (310) 772-8300 phone
9  (310) 772-8317 fax

10 Attorneys for Defendant
11 SPINAL KINETICS, INC.

12

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                        **SAN JOSE DIVISION**

16 DEPUY SYNTHES PRODUCTS, LLC,          )   Case No. 4:13-CV-00875-RMW (PSG)
                                         )
17                       Plaintiff,      )   **STIPULATION AND []**
                                         )   **ORDER TO STAY CASE PENDING**
18          v.                           )   **APPEAL OF RELATED CASE**
                                         )
19 SPINAL KINETICS, INC.,                )
                                         )
20                       Defendant.      )
                                         )
21 _____      )
                                         )
22 AND RELATED COUNTERCLAIMS            )
   _____      )
23

24

25

26

27

28

On February 26, 2013, DePuy Synthes Products, LLC  ("DSP") filed its complaint in the present case ("the *DSP* case").  Dkt. 1.

On March 15, 2013, the Court ordered the present case related to *Synthes USA, LLC (f/k/a Synthes (U.S.A.) v. Spinal Kinetics, Inc.*, 5:09-CV-01201-RMW ("the *Synthes* case").  Dkt. 12.  The *Synthes* case involves allegations relating, *inter alia*, to the validity and/or invalidity of U.S. Patent No. 7,429,270 ("the '270 patent") and the infringement and/or non-infringement of the '270 patent by Spinal Kinetics' M6 implants.  The *DSP* case also involves Spinal Kinetics' M6 implants, and includes allegations relating, *inter alia*, to the validity and/or invalidity and infringement and/or non-infringement of U.S. Patent No. 8,382,838, which is a continuation of the '270 patent.  DSP asserts that both the '270 patent and the application maturing into the '838 patent were previously assigned to Synthes USA, LLC; and that the plaintiff in the *DSP* case, DePuy Synthes Products, LLC, is presently the assignee of both the '270 patent and the '838 patent.  The *Synthes* case was tried to a jury and final judgment was entered on April 23, 2012.  *See* Dkt. 524 in the *Synthes* case.  The *Synthes* case is presently on appeal to the United States Court of Appeals for the Federal Circuit, Appeal No. 2013-1047, -1059.

On April 22, 2013, Spinal Kinetics filed its "Second Corrected" answer and counterclaims.  Dkt. 17.  Spinal Kinetics' counterclaims include, *inter alia*, claims for declaratory judgment that the '838 patent is invalid and not infringed and antitrust and other claims that Spinal Kinetics contends are based at least in part on the outcome of the jury trial and judgment in the *Synthes* case, which is now on appeal to the Federal Circuit.

DePuy Synthes Products, LLC's response to Spinal Kinetics' counterclaims is presently due on May 13, 2013.

Because of the relatedness of these two actions, the potential impact on the *DSP* case of the Federal Circuit's decision in the *Synthes* case now on appeal, and to preserve the resources of the parties and this Court,

1      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their

2  undersigned counsel of record, and subject to the approval of this Court, that the present action is

3  stayed in all respects, and all current deadlines are vacated.  Such stay shall be without prejudice to

4  the substantive rights of any party, and shall continue until the Federal Circuit's mandate in the

5  appeal of the *Synthes* case is issued, or until such other time as determined by the Court, including in

6  response to a motion filed by either party to lift or extend the stay.

7

8  Agreed to and submitted by:

9                        SIDLEY AUSTIN LLP

10

11  Dated:  May 6, 2013        By:   /s/ Jeffrey M. Olson

12                           Jeffrey M. Olson
                            Attorneys for Plaintiff

13                           DEPUY SYNTHES PRODUCTS, LLC

14                        DICKSTEIN SHAPIRO LLP

15

16  Dated:  May 6, 2013        By:   /s/ Robert W. Dickerson

17                           Robert W. Dickerson
                            Attorneys for Defendant

18                           SPINAL KINETICS, INC.

19

20

21

22

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25

26  Dated:  _____, 2013

27                       Honorable Ronald M. Whyte
                       United States District Judge

28