1  Robert W. Dickerson (CA SBN 89367)
   *dickersonr@dicksteinshapiro.com*
2  DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
3  Los Angeles, CA 90067-3109
   Telephone: (310) 772-8300
4  Facsimile: (310) 772-8301

5  Attorney for Defendant/Counterclaimant
   SPINAL KINETICS, INC.
6
7  Jeffrey M. Olson (CA SBN 104074)
   *jolson@sidley.com*
   SIDLEY AUSTIN LLP
8  555 W. Fifth Street, Suite 4000
   Los Angeles, California 90013
9  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
10
   Attorney for Plaintiff/Counter-Defendant
11 DEPUY SYNTHES PRODUCTS, LLC

12
                     **UNITED STATES DISTRICT COURT**
13
                     **NORTHERN DISTRICT OF CALIFORNIA**
14
                              **SAN JOSE DIVISION**
15

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | CASE NO. CV-13-0875-RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| v. | **STIPULATION TO LIFT STAY AND TO DISMISS ACTION IN ITS ENTIRETY** |
| SPINAL KINETICS, INC., | |
| Defendant. | |
| SPINAL KINETICS, INC., | |
| Counter-Claimant, | |
| v. | |
| DEPUY SYNTHES PRODUCTS, LLC, and Does 1-5, | |
| Counter-Defendants. | |

**DICKSTEIN SHAPIRO LLP**

Plaintiff Depuy Synthes Products, LLC ("Depuy Synthes") and Defendant Spinal Kinetics, Inc. ("Spinal Kinetics"), by their respective undersigned attorneys, hereby stipulate that the existing Stay (Dkt. No. 19) in the above captioned matter can be lifted, and that this action shall be dismissed pursuant to the terms of a Settlement Agreement. The dismissal by Depuy Synthes of its claims for relief is with prejudice as to all claims asserted against Spinal Kinetics, and the dismissal by Spinal Kinetics is without prejudice as to all counterclaims asserted against Depuy Synthes. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs. A proposed order dismissing this action is being filed herewith.

This Court shall retain subject matter and personal jurisdiction over the parties with respect to any dispute that may arise under the terms of their settlement agreement.

Agreed to and submitted by:

Dated: May 23, 2014     SIDLEY AUSTIN LLP

By: /s/ *Jeffrey M. Olson*
    Jeffrey M. Olson
    Attorneys for Plaintiff/Counter-Defendant
    DEPUY SYNTHES PRODUCTS, LLC

Dated: May 23, 2014     DICKSTEIN SHAPIRO LLP

By: /s/ *Robert W. Dickerson*
    Robert W. Dickerson
    Attorneys for Defendant/Counter-claimant
    SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | CASE NO. CV-13-0875-RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| v. | **[] ORDER LIFTING STAY AND DISMISSING ACTION IN ITS ENTIRETY** |
| SPINAL KINETICS, INC., | |
| Defendant. | |
| SPINAL KINETICS, INC., | |
| Counter-Claimant, | |
| v. | |
| DEPUY SYNTHES PRODUCTS, LLC, and Does 1-5, | |
| Counter-Defendants. | |

**DICKSTEIN SHAPIRO LLP**

1  Based on the "Stipulation Lifting Stay and of Dismissal" filed by Plaintiff Depuy Synthes Products, LLC ("Depuy Synthes") and Defendant Spinal Kinetics, Inc. ("Spinal Kinetics"), it is hereby ORDERED that the existing Stay (Dkt. No. 19) is hereby lifted, and that all claims of Depuy Synthes, asserted against Spinal Kinetics, are dismissed with prejudice, and all counterclaims of Spinal Kinetics, asserted against Depuy Synthes, are dismissed without prejudice. Except as otherwise agreed by the parties, each party shall bear its own attorneys' fees and costs.

This Court shall retain subject matter and personal jurisdiction over the parties with respect to any dispute that may arise under the terms of their settlement agreement.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Honorable Ronald M. Whyte
United States District Judge